Anthony Eugene BROOKS,
Plaintiff—Appellant,

v.

CITY OF NEWPORT NEWS, VIRGI-
NIA; Newport News Police Depart-
ment; Kevin Christopher Hartian,
Agent/Policer; United States Attor-
ney; Scott W. Putney, Assistant U.S.
Attorney; Department of Justice; Bu-
reau of Prisons, Defendants—Appel-
lees.

No. 08–6143.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 29, 2008.

Decided: June 5, 2008.

Anthony Eugene Brooks, Appellant Pro
Se.

Before TRAXLER, GREGORY, and
SHEDD, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Anthony Eugene Brooks appeals the
district court's order dismissing without
prejudice his 42 U.S.C. § 1983 (2000) ac-
tion. We have reviewed the record and
find no reversible error. Accordingly, we
affirm for the reasons stated by the dis-
trict court. *Brooks v. City of Newport
News,* No. 2:07–cv–00574–HCM–JEB
(E.D.Va. Dec. 18, 2007). We deny Brooks'
motions for appointment of counsel and to
provide service. We dispense with oral
argument because the facts and legal con-
tentions are adequately presented in the
materials before the court and argument
would not aid the decisional process.

*AFFIRMED.*